**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                        : BR NO. 22-10985
JOHN QUINN                    :
         Debtor.              : Chapter 13
```

**O R D E R**

AND NOW this ____ day of _____, 2022, upon consideration of debtor's Motion to Vacate Order Dismissing Chapter 13 Case and after hearing held thereon, it is ORDERED and DECREED that:

The Order dated May 2, 2022 dismissing the above-captioned Chapter 13 case is VACATED, and the debtor's case is reinstated.

BY THE COURT:

**Date: June 14, 2022**

_____